UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

In re:
Gregory Wayne Rogers                                         Case No. 13-25439-D
Carletta Anice Rogers aka Carletta Jackson; Carletta ferguson
Debtor(s)                                                    Chapter 13

---

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

---

Debtor:    Gregory Wayne Rogers              Soc. Sec. No. XXX-XX-6896
Co Debtor: Carletta Anice Rogers             Soc. Sec. No. XXX-XX-6830
Address:   8329 Twin Rivers Dr.
           Memphis, TN 38016

Plan Payment:
Husband: $2,215.00 per every two weeks beginning May 24, 2013
Administrative: Pay filing fee, Trustee's fee, attorney fee pursuant to Court Order.
Auto Insurance: N/A-private insurance
Child Support: N/A
Priority Creditors: N/A
Home Mortgage: N/A
Secured Creditors: Adequate protection payment will be 25% of proposed creditor monthly payment.
Retain lien pursuant to Title 11 section 1325(a)(5).

|                   | VALUE       | INTEREST | MONTHLY PLAN PMT. |
|-------------------|-------------|----------|-------------------|
| Ally              | $13,425.00  | 5.0      | $650.00           |
| GM Financial      | $22,900.00  | 5.0      | $780.00           |
| GECRB (Best Buy)  | $   900.47  | 5.0      | $  50.00          |

BlueGreen/Pinnacle: Surrender interest in full satisfaction of debt.
SPECIAL CLASS: PAY 100%
N/A
Estimated non priority unsecured debt: $84,761.76, (excluding split claim(s)
Termination: Plan terminates upon payment of the above, approximately **36** months.
<u>Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.</u>
General unsecured creditors: **100%** of these claims after above claims are paid or pay all disposable income for term of the plan.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.